## McGHEE v. ATTERBERRY.

No. 2055.     Opinion Filed December 7, 1912.

(128 Pac. 1095.)

**APPEAL AND ERROR—Briefs—Failure to File.**   Where a cause has been assigned for submission and time for filing briefs has elapsed, and thereafter plaintiff in error files briefs without serving defendant in error with copy of same, in the absence of a stipulation or order of court to allow briefs filed out of time, the errors assigned will not be passed upon, and the appeal will be dismissed.

(Syllabus by Harrison, C.)

*Error from Delaware County Court; .*
*Wilson N. Smith, Judge.*

Action by Sam Atterberry against Q. P. McGhee.   Judgment for plaintiff, and defendant brings error.   Dismissed.

*O. F. Mason,* for plaintiff in error.

Opinion by HARRISON, C.   This action was begun in the county court of Delaware county August 23, 1909, by Sam Atterberry, against Q. P. McGhee, for the sum of $160, alleged to be due on a contract.   The cause was tried October, 1909, and judgment rendered in favor of plaintiff in the sum of $160, with interest at 6 per cent. from June 29, 1909.   From this judgment defendant, Q. P. McGhee, appeals.

The petition in error and purported transcript of the record was filed October 11, 1910. . No brief was filed by either party until November 23, 1912, when brief was filed by plaintiff in error.   However, the record shows no service of brief on defendant in error.   As the case had been filed more than two years before briefs were filed by plaintiff in error, this court will not pass upon the record in the absence of service of brief on defendant in error, or stipulation or order of court that briefs may be filed out of time.

The appeal should, therefore, be dismissed.

By the Court:   It is so ordered.